FILED
APR 30 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L RUTHER,

    Plaintiff,

v.

DEMOCRATIC NATIONAL
COMMITTEE,

    Defendant.

Civil Action No. 1:19-cv-01068 (UNA)

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The current allegations, basis for jurisdiction, and entitlement to relief, if contained within plaintiff's complaint, are completely unclear to the Court. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a).

Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: April 25, 2019

_____
United States District Judge